**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gursparsh Singh Sodhi,<br>Plaintiff,<br>v.<br>Joseph B Edlow, et al.,<br>Defendants. | No. CV-26-01977-PHX-DMF<br><br>**ORDER** |

This matter is before the Court on its own review. All parties have consented to United States Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) (Docs. 8, 19, 20).

Plaintiff filed a Complaint initiating this matter in March 2026 (Doc. 1). On May 26, 2026, Defendants filed a motion to dismiss supported by an exhibit (Doc. 15). The next day, the Court provided Plaintiff with the appropriate warning and advisements regarding Defendants' motion (Doc. 16). Thereafter on June 13, 2026, Plaintiff filed a notice of voluntary dismissal (Doc. 21). In the notice, Plaintiff states that "Plaintiff has determined that voluntary dismissal without prejudice is appropriate at this time" (*Id.* at 2). Further, Plaintiff asserts that no court order is necessary for such dismissal (*Id.*). Nevertheless, the case remains open and active.[1]

On June 18, 2026, the Court ordered:

[1] Dismissal without a court order is effectuated by the Clerk of Court. While Plaintiff asserts in his notice that the pending motion to dismiss is not a disqualifying motion under Fed. R. Civ. P. 41(a)(1)(A)(i) for dismissal without a court order (Doc. 21 at 2), the Clerk of Court appears to have left decision to the Court.

> **Within fourteen (14) days of the date of this Order**, Defendants shall file any objection they have to dismissal without prejudice of this matter pursuant to Plaintiff's notice of voluntary dismissal without prejudice (Doc. 21).

(Doc. 22). The fourteen days has expired with no objection filed.

Upon review of the entire record, the Court finds dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a) appropriate. The Court makes this finding without deciding whether or not Defendants' pending motion is a disqualifying motion under Fed. R. Civ. P. 41(a)(1)(A)(i) for dismissal without a court order. It is clear that Plaintiff requests dismissal and Defendants have not objected. Dismissal without prejudice is appropriate regardless of whether accomplished under subsection (1) or (2) of Fed. R. Civ. P. 41(a). Indeed, Ninth Circuit law provides that "[a] district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001).

Accordingly, upon good cause shown,

**IT IS HEREBY ORDERED** dismissing this matter without prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** vacating all previously ordered deadlines and denying all pending motions as moot.

**IT IS FURTHER ORDERED** kindly directing the Clerk of Court to close and terminate this matter.

Dated this 10th day of July, 2026.

Honorable Deborah M. Fine
United States Magistrate Judge